**No. 57734.**—F. Burkart Manufacturing Company *v.* United States, protests 168057–K, etc. (Baltimore).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of istle or Tampico fiber the same in all material respects as

363

that the subject of *F. Burkart Manufacturing Company* v. *United States* (31 Cust. Ct. 7, C. D. 1537), the claim of the plaintiff was sustained.